```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-6-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN TRIMMER ET AL.,

                Plaintiffs

- against -

BARNES AND NOBLE, INC. ET AL.,

                Defendants.

13 Cv. 579 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Plaintiffs' counsel should provide the Court with the lodestar calculation for the attorneys' fees, as well as a description of any retainer agreement with any of the plaintiffs.

SO ORDERED.

Dated:    New York, New York
          April 6, 2015

                                          John G. Koeltl
                                  United States District Judge